FLORAL PARK MUTUAL FUEL COMPANY, INC., et al., Respondents, *v.* ANNIE E. FISKE, Defendant, and GEORGE MAURE et al., Appellants.

*Appeal — final judgment entered upon order of Appellate Division dismissing appeal — appeal therefrom to Court of Appeals dismissed.*

*Floral Park M. F. Co., Inc.,* v. *Fiske,* 220 App. Div. 778, appeal dismissed.

(Argued November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from a judgment, entered August 3, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department which dismissed an appeal from a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been granted.

*George L. Hubbell, Jr.,* for motion.

*Edward E. Dean* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.